```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____ :
                                    :
JASON FRENCH,                       :
                                    :
         Petitioner,                :   Civ. No. 16-5415 (NLH)
                                    :
    v.                              :   MEMORANDUM OPINION
                                    :
THE STATE OF NEW JERSEY,            :
                                    :
         Respondent.                :
_____:

APPEARANCES:
Jason French
58637/813638
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302
     Petitioner Pro se

HILLMAN, District Judge

     THIS MATTER having been opened by the Court sua sponte, and it appearing that:

     1.  In September 2016, Petitioner Jason French ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging his 2013 robbery and firearms convictions.  (ECF No. 1.)

     2.  According to the online offender database maintained by the New Jersey Department of Corrections, Petitioner was released from custody on June 3, 2017.  See https://www20.state.nj.us/DOC_Inmate/details?x=1408138&n=2.

3. Since his release from South Woods State Prison, Petitioner has not communicated with the Court regarding his habeas Petition, including failing to provide the Court with his new address in violation of L. Civ. R. 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

4. Based on Petitioner's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter. If Petitioner updates his address and otherwise satisfies all appropriate Rules, the Court will re-open this action and address his habeas claims.

5. An appropriate order follows.

Dated: January 10, 2018        s/ Noel L. Hillman
At Camden, New Jersey       NOEL L. HILLMAN, U.S.D.J.